the outset, I would err on the side of allowing for evidentiary development and associated credibility determinations.

Justice Donohue joins this concurring and dissenting opinion.

153 A.3d 317

**ANGINO & ROVNER, P.C.,** Appellant

v.

**JEFFREY R. LESSIN & ASSOCIATES P.C.** and **Monsour Zarreii a/k/a Michael ZarreII,** Appellees

**No. 65 MAP 2016**

Supreme Court of Pennsylvania.

ARGUED: December 6, 2016

DECIDED: February 22, 2017

Richard C. Angino, Esq., Angino & Lutz, P.C., Harrisburg, for Angino & Rovner, P.C., appellant.

Mark Thomas Richter, Esq., Jeffrey R. Lessin & Associates, P.C., Philadelphia, for Monsour Zareii a/k/a Michael Zarreii, appellee.

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justices Donohue and Wecht dissent.